IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

ANTHONY BRIDGES,           :
                                    :
              Plaintiff,        :
                                      :
            VS.               :        CIVIL ACTION NO.: 1:06-CV-97 (WLS)
                                      :
STATE OF GEORGIA, et. al.,      :
                                    :        **PROCEEDINGS UNDER 42 U.S.C. §1983**
              Defendants.   :        **BEFORE THE U. S. MAGISTRATE JUDGE**
                                    :
_____:        **ORDER**

On July 25, 2006, plaintiff, **BOBBY LEE JEFFERSON, JR**., filed a "Motion for Leave to file an Amended Complaint." (R. at 7). In this motion, plaintiff stated that he wished to add Detective Reginald Merritt and Sergeant Brett Murray to his complaint. However, plaintiff failed to inform the Court why he wanted to add these defendants; or tell the Court how these two individuals violated his constitutional rights.

Therefore, on November 22, 2006, the Court ordered plaintiff to supplement his motion to amend by telling the Court when and how these two potential defendants violated his constitutional rights. Plaintiff was given until December 12, 2006 to submit his supplement.

Plaintiff has failed to respond to the Courts's November 22, 2006 Order. Due to this, plaintiff's "Motion for Leave to file an Amended Complaint" (R. at 7) is **DENIED**.

      **SO ORDERED**, this 11th day of January, 2007.


                          **/s/ Richard L. Hodge**_____
                          RICHARD L. HODGE
                          UNITED STATES MAGISTRATE JUDGE

lnb