# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| **ANTHONY BRIDGES,** | : |
| **Plaintiff,** | : |
| **VS.** | : **CIVIL ACTION FILE** <br> : **NO. 106:CV-97 (WLS)** |
| **STATE OF GEORGIA, et al.,** | : |
| **Defendants.** | : |

**O R D E R**

On January 11, 2007, the court entered an order in which it denied Plaintiff's Motion for Leave to file an Amended Complaint. It has now been brought to the attention of the Court that in the first paragraph of the January 11, 2007, order the Court erroneously referred to plaintiff as Bobby Lee Jefferson, Jr. In order to correct this error the name Bobby Lee Jefferson, Jr., is hereby deleted from the first paragraph of said order and substituted with the Plaintiff's correct name, to-wit, ANTHONY BRIDGES.

SO ORDERED, this 17th day of January 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE