IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY  DIVISION

ANTHONY BRIDGES,                      :
                                      :
        Plaintiff,                    :
                                      :
v.                                    :        1:06-CV-97 (WLS)
                                      :
STATE OF GEORGIA, AMERICUS            :
POLICE DEPARTMENT, LT.  RICHARD       :
MCCORKLE,                             :
                                      :
        Defendants.                   :
_____:

O R D E R

Before the Court is a  Recommendation from United States Magistrate Judge Richard

L. Hodge (Doc.  No.  5),  filed on or about July 12, 2006, recommending the dismissal of

certain claims and certain named Defendants pursuant to 28 U.S.C. § 1915A.  Plaintiff has not

filed a timely, or any, objection.

Upon full review and consideration upon  the record, the Court finds that said

Recommendation (Doc.  No.  5) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made

the order of this Court for reason of the findings made and reasons stated therein.  Accordingly,

Plaintiff's request for a "sentence reduction or modification" is **DISMISSED**; the State of

Georgia is **DISMISSED** as a party Defendant; and, the Americus Police Department is

**DISMISSED** as a party Defendant.

SO ORDERED,  this   11th   day of July, 2007.


        ___/s/W. Louis Sands_____
        **W. Louis Sands, Judge**
        **United States District Court**