**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

ANTHONY BRIDGES, :
    Plaintiff, :
:
v. : 1:06-CV-97 (WLS)
:
LT. McCORKLE, :
:
    Defendants. :
_____:

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 17), filed July 13, 2007. It is recommended that Defendant's motion to dismiss for failure to respond to Defendant's motion to compel and for failure to prosecute (Doc. No. 15) be granted. Plaintiff has not filed a timely, or any, objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's motion to dismiss (Doc. No. 15) is **GRANTED**; and, Plaintiff's complaint (Doc. No. 1) is **DISMISSED.**

SO ORDERED, this ___15th___ day of August, 2007.

                                                /s/W. Louis Sands
                                           **W. Louis Sands, Judge
                                           United States District Court**